# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

JEFFREY A. SEGAL
646-432-5508
jsegal@srstlaw.com

www.srstlaw.com

110 East 59th Street
22nd Floor
New York, NY 10022

TELEPHONE: 646-432-5508
FAX: 646-432-5509

September 29, 2026

**VIA E-MAIL AND ECF-**
Judge Jessica G. L. Clarke
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

MEMO ENDORSED

**RE: Ronald Raymond v. U.S. Xpress Leasing, Inc. and Nicholas S. Jacobs Cook**
**DOL 5/10/23**
**Civil Action No. 7:26-cv-02436-JGLC**
**Our File No. 400603**

Dear Judge Clarke:

We represent defendants, U.S. Xpress Leasing, Inc. and Nicholas Jacobs Cook, in the above matter. Our calendar indicates that there is an initial pre-trial conference scheduled for October 14th at 11:00 a.m. before Your Honor. Unfortunately, our office has a conflict for that date as I will be traveling out of state that week for work. With the consent of opposing counsel, we hereby request a new date.

Thank you for Your Honor's anticipated attention and courtesies.

Respectfully Submitted,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: /s/ Jeffrey A. Segal
Jeffrey A. Segal
Ian Kingsley

Cc: Jon L. Norinsberg, Esquire

IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for October 14, 2026, at 11:00 a.m., is RESCHEDULED for **October 21, 2026, at 11:00 a.m.** The conference will be held remotely via Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 689268984#. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 11, shall be filed by **October 14, 2026**. The Clerk of Court is directed to terminate ECF No. 12. SO ORDERED.

Dated: September 30, 2026
White Plains, New York

Jessica Clarke
JESSICA G. L. CLARKE
United States District Judge